IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM M. REYNOLDS,

    Plaintiff,

vs.                                                           No. CIV 08-953 JB/LFG

HSBC RETAIL SERVICES, INC., et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed March 6, 2009 (Doc. 30) and the Amended Joint Status Report and Provisional Discovery Plan, filed March 10, 2090 (Doc. 34), the Court adopts the Joint Status Report and Provisional Discovery Plan and the Amended Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order entered March 19, 2009 (Doc. 39).

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE